UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-18-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR125 (RNC) |
| v. | VIOLATIONS: |
| MICHAEL NIEVES,<br>   a.k.a. "J," "JJ," "J Hartford," and "Mikey,"<br>JUAN REYES,<br>   a.k.a. "J," "JJ," "J New Britain," and "Big J,"<br>KRISTEN BEERS, and<br>KENNETH BINGELL | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(vi), 841(b)(1)(C) and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Heroin) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute and to Distribute Fentanyl and Heroin) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |
| | 21 U.S.C. § 853 (Criminal Forfeiture) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Heroin)

1. From approximately January 2017 through approximately July 2018, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," KRISTEN BEERS and KENNETH BINGELL, together with Christopher Dubicki, who is not charged as a defendant herein but who is charged separately, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with one another to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," KRISTEN BEERS and KENNETH BINGELL, together with Christopher Dubicki and others known and unknown to the Grand Jury, would distribute and possess with intent to distribute controlled substances, namely N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

3. Defendants NIEVES and REYES knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

4. Defendant BEERS knew and reasonably should have foreseen from her own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

5. Defendant BINGELL knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

6. Defendants NIEVES, REYES, BEERS and BINGELL knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Heroin and Cocaine)

7. On or about January 26, 2017, in the District of Connecticut, the defendant JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," together with Christopher Dubicki, who is not charged as a defendant herein but who is charged separately, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Fentanyl)

8. On or about July 4 and July 5, 2017, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," and JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," together with Christopher Dubicki, who is not charged as a defendant herein but who is charged separately, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Possession with Intent to Distribute and Distribution of Fentanyl)

9.  On or about February 6, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," and KRISTEN BEERS, and others known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
(Possession with Intent to Distribute and Distribution of Fentanyl and Heroin)

10.  On or about February 7, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," and JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," together with Christopher Dubicki, who is not charged as a defendant herein but who is charged separately, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX
(Possession with Intent to Distribute and Distribution of Fentanyl)

11. On or about March 5, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," and JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN
(Possession with Intent to Distribute and Distribution of Fentanyl)

12. On or about April 19, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," and KENNETH BINGELL knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
(Possession with Intent to Distribute and Distribution of Fentanyl)

13. On or about May 7, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," and JUAN REYES, a.k.a. "J," "JJ," "J New

Britain," and "Big J," together with Christopher Dubicki, who is not charged as a defendant herein but who is charged separately, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINE
(Possession with Intent to Distribute and Distribution of Fentanyl)

14. On or about May 14, 2018, in the District of Connecticut, the defendants MICHAEL NIEVES, a.k.a. "J," "JJ," "J Hartford," and "Mikey," JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," and KRISTEN BEERS knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TEN
(Possession with Intent to Distribute and Distribution of Heroin)

15. On or about January 23, 2018, in the District of Connecticut, the defendant JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT ELEVEN
(Possession with Intent to Distribute Heroin)

16.     On or about January 23, 2018, in the District of Connecticut, the defendant KENNETH BINGELL knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWELVE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

17.     On or about January 23, 2018, in the District of Connecticut, the defendant JUAN REYES, a.k.a. "J," "JJ," "J New Britain," and "Big J," did knowingly possess a firearm, namely a silver .357 revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, violations of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 846, as charged in Counts One and Ten of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT THIRTEEN
(Possession and Use of a Firearm During and in Relation to a Drug Trafficking Crime)

18.     On or about January 23, 2018, in the District of Connecticut, the defendant KENNETH BINGELL did knowingly possess and use a firearm, namely a silver. 357 revolver, during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, violations of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846, as charged in Counts One and Eleven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

19. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Eleven of this Superseding Indictment, the defendants MICHAEL NIEVES, JUAN REYES, KRISTEN BEERS and KENNETH BINGELL shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violation and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

20. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Superseding Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in accordance with Title 18, United States Code, Section 924, and Federal Rules of Criminal Procedure Rule 32.2(a).

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY

9